

# Missouri Court of Appeals
## Southern District

## FEBRUARY 13, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32648

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             CHARLES WARREN LAUB,
             Defendant-Appellant.

2.    Case No.  SD32682

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             v.
             AARON HERRON,
             Defendant-Appellant.